NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTERACTIVE GAMES LLC,**

*Appellant*

**v.**

**FANDUEL, INC., DRAFTKINGS, INC.,**

*Appellees*

---

2019-1523

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-01532.

---

## JUDGMENT

---

JOSHUA GOLDBERG, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for appellant.  Also represented by ROBERT SHAFFER, JENNIFER VEIN.

ERIC ALLAN BURESH, Erise IP, P.A., Overland Park, KS, argued for all appellees.  Also represented by MEGAN JOANNA REDMOND.  Appellee DraftKings, Inc. also represented by ERIC CHAD, Merchant & Gould P.C., Minneapolis, MN; JONATHAN BERSCHADSKY, New York, NY.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* SCHALL and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| February 6, 2020 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |